James K. Miersma, WSBA #22062
McCarthy & Holthus, LLP
108 1ˢᵗ Ave. S., Suite 300
Seattle, WA 98104
Telephone: 206-596-4846
Facsimile: 206-274-4902

Attorneys for Defendant Ally Financial Inc.

The Honorable Brian D. Lynch
Chapter 7

# IN THE UNITED STATES BANKRUPTY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| In re:<br><br>OSCAR FERNANDEZ-MARTINEZ,<br><br>Debtor.<br>_____<br><br>KATHRYN A. ELLIS, as Trustee for the estate of Oscar Fernandez-Martinez,<br><br>Plaintiff,<br>vs.<br><br>ALLY FINANCIAL INC., a Delaware corporation doing business in the State of Washington,<br><br>Defendant. | Case No.: 19-40534-BDL<br>Chapter 7<br><br><br><br><br><br>Adv. No. 19-04028-BDL<br><br>**NOTICE OF APPEARANCE OF DEFENDANT ALLY FINANCIAL INC.** |

TO:       Kathryn A. Ellis, Attorney for Plaintiff;

AND TO:       The Clerk of the Court:

   PLEASE TAKE NOTICE that James K. Miersma of McCarthy & Holthus, LLP, without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, or any other valid defense, hereby appears for Defendant Ally Financial Inc. in the above-entitled action.  You are further notified that service of all pleadings, notices, documents or

NOTICE OF APPEARANCE OF
DEFENDANT ALLY FINANCIAL INC. –
PAGE 1 OF 3
MH #19-155280

McCarthy & Holthus, LLP
108 1st Ave S, Ste. 300
Seattle, WA 98104

other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

James K. Miersma
McCarthy & Holthus, LLP
108 1st Ave. S., Suite 300
Seattle, WA 98104
Telephone (206) 596-4856

DATED this 6th day of June, 2019.

**McCARTHY & HOLTHUS, LLP**

 /s/  James K. Miersma
James K. Miersma, WSBA #22062
Attorneys for Defendant Ally Financial Inc.

NOTICE OF APPEARANCE OF
DEFENDANT ALLY FINANCIAL INC. –
PAGE 2 OF 3
MH #19-155280

McCarthy & Holthus, LLP
108 1st Ave S, Ste. 300
Seattle, WA 98104

# Declaration of Service

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. On June 6, 2019 I caused a copy of the **Notice of Appearance of Defendant Ally Financial Inc.** to be served to the following in the manner noted below:

| Kathryn A. Ellis<br>Kathryn A. Ellis, PLLC<br>5506 6th Ave. S., Suite 207<br>Seattle, WA 98108<br><br>Attorney for Plaintiff / Trustee | [ ] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[**X**] CM/ECF Electronic Notice |
|---|---|

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 6th day of June, 2019.

        /s/ Kristine Stephan
        Kristine Stephan, Paralegal

NOTICE OF APPEARANCE OF
DEFENDANT ALLY FINANCIAL INC. –
PAGE 3 OF 3
MH #19-155280

McCarthy & Holthus, LLP
108 1st Ave S, Ste. 300
Seattle, WA 98104